```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>THE JOINT CHIROPRACTIC PLACE,<br>    Garnishee,<br>SHERMAN L. CONNELL,<br>    Defendant. | )<br>)<br>)<br>)<br>)   No. 2:15-cv-02102-JPM-tmp<br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Application for Writ of Garnishment (ECF No. 1), filed February 12, 2015, Plaintiff having moved to dismiss this case,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal without Prejudice (ECF No. 9), all claims by Plaintiff hereby DISMISSED WITHOUT PREJUDICE.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

April 23, 2015
Date